No. 21-12571

In the

# United States Court of Appeals
## for the Eleventh Circuit

Jennifer Dupree,

*Plaintiff/Appellant*,

v.

Mrs. Pamela Owens and Department of Human Services,

*Defendants/Appellees*.

On Appeal from the United States District Court for the
Northern District of Georgia, Atlanta Division
No. 1:20-cv-04915-MLB — Hon. Michael L. Brown, *Judge*

**UNOPPOSED MOTION TO CONSOLIDATE
APPEAL NOS. 21-12571 AND 21-13198**

Christopher M. Carr
  *Attorney General of Georgia*
Stephen Petrany
  *Solicitor General*
Drew F. Waldbeser
  *Deputy Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3378
dwaldbeser@law.ga.gov
*Counsel for Appellee
Department of Human
Services*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby certify that the following persons and entities may

have an interest in the outcome of this case:

Anand, Justin S., U.S. Magistrate Judge, Northern District of Georgia;

Biegler, Philip J., Counsel for Plaintiff/Appellant;

Brown, Michael L., J. P., U.S. District Judge, Northern District of Georgia;

Carr, Christopher M., Attorney General of the State of Georgia, Counsel for Defendant/Appellee Department of Human Services;

Department of Human Services, Defendant/Appellee;

Dupree, Jennifer, Plaintiff/Appellant;

Friedman, Kaplan, Seiler & Aldeman LLP, Counsel for Plaintiff/Appellant;

Georgia Department of Administrative Services, Insurer of Defendant/Appellee Department of Human Services;

Georgia Department of Law, Counsel for Defendant/Appellee Department of Human Services;

Owens, Pamela Ms., Defendant/Appellee;

Petrany, Stephen, Solicitor General, Counsel for Defendant/Appellee Department of Human Services;

Stoff, Katherine P., Senior Assistant Attorney General of the State of Georgia, Counsel for Defendant/Appellee Department of Human Services;

Thrash, Thomas W. Jr., Senior U.S. District Judge, Northern District of Georgia;

Waldbeser, Drew F., Deputy Solicitor General, Counsel for Defendant/Appellee Department of Human Services; and

Webb, Bryan K., Deputy Attorney General of the State of Georgia, Counsel for Defendant/Appellee Department of Human Services.

*/s/ Drew F. Waldbeser*
Drew F. Waldbeser

# UNOPPOSED MOTION TO CONSOLIDATE APPEALS

Appellee Department of Human Services respectfully moves this Court to consolidate this appeal (No. 21-12571) with appeal No. 21-13198 *(Battle v. Georgia Department of Corrections). See* Fed. R. App. P. 3(b)(2). The two appeals arise from separate orders issued by different district courts, but both involve the same central issue: whether Title V of the Americans with Disabilities Act abrogates Eleventh Amendment immunity. This is an issue of first impression before this Court. The Georgia Office of the Attorney General represents a state agency in both cases, and the Court has appointed counsel for the plaintiff in both cases.

Because the appeals involve a common issue, consolidating them for briefing will promote judicial economy and reduce the possibility of conflicting determinations. Ms. Dupree does not oppose consolidation as long as she remains entitled to file her own briefs (independent of those filed by Mr. Battle) and will not face accelerated deadlines. Accordingly, Department of Human Services respectfully requests that the Court consolidate this appeal (No. 21-12571) with appeal No. 21-13198.

Respectfully submitted,

*/s/ Drew F. Waldbeser*
Drew F. Waldbeser

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 611 words as counted by the word-processing system used to prepare the document.

*/s/ Drew F. Waldbeser*
Drew F. Waldbeser

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I served this brief by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

*/s/ Drew F. Waldbeser*
Drew F. Waldbeser

Christopher M. Carr
  *Attorney General of Georgia*
Stephen Petrany
  *Solicitor General*
Drew F. Waldbeser
  *Deputy Solicitor General*